UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-cv-100-D

CATHERINE REED,                          )
                                         )
     Plaintiff,                          )
                                         )
v.                                       )
                                         )  ORDER TO REMAND
CAROLYN W. COLVIN,                       )  TO THE COMMISSIONER
Acting Commissioner,                     )
Social Security Administration,          )
                                         )
     Defendant.                          )
_____)

     Pursuant to the power of this Court to remand the case to

the Commissioner for further action prior to answer by the

Commissioner, and in light of her request to remand this action

due to the missing hearing recording, this Court hereby remands

the cause to the Commissioner to allow for a *de novo* hearing.

Upon the completion of a new hearing and issuance of a new

decision, the Commissioner is directed to provide notice to this

Court of its readiness to proceed.

     Judgment does not enter at this time.

     SO ORDERED this **31** day of **July**, 2015.


                              _____
                              JAMES C. DEVER III
                              Chief Judge
                              United States District Court