UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CATHERINE REED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:15-CV-100-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff failed to comply with this court's order of December 12, 2018 [D.E. 24]. In light of plaintiff's failure to comply, the action is DISMISSED without prejudice.

**This Judgment Filed and Entered on January 22, 2019, and Copies To:**
Catherine Reed                                                      (Sent to 3510 Frog Pond Road Apt. 101
                                                                              Wilmington, NC 28403 via US Mail)
Lisa M. Rayo                                                          (via CM/ECF electronic notification)


DATE:                                                                    PETER A. MOORE, JR., CLERK
January 22, 2019                                                  (By) /s/ Nicole Sellers
                                                                                Deputy Clerk